LOTTIE SNYDER, Appellant, v. CHARLES J. PINTEL, Respondent.— Order vacating notice of pendency of action and dismissing complaint modified by striking out the provision for dismissal of complaint, and as so modified affirmed, without costs. We are of opinion that the complaint states a cause of action,

but that as to the *lis pendens* the case is not within the statutory provision therefor.*
Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.